An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

EARL H. DARNOLD; AND ANTHONY FRISCO,
Petitioners,
vs.
THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE RONALD J. ISRAEL, DISTRICT JUDGE,
Respondents,
and
RUSSELL JACOBY; CAMELIA JACOBY; AND DESERT LAND INVESTMENT COMPANY, LLC,
Real Parties in Interest.

No. 66213

**FILED**

AUG 19 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _R. Matime_
DEPUTY CLERK

## *ORDER DENYING PETITION FOR WRIT OF PROHIBITION*

This original petition for a writ of prohibition challenges a district court order scheduling an evidentiary hearing regarding contempt allegations.

This court may issue a writ of prohibition to arrest the proceedings of a district court exercising its judicial functions when such proceedings are in excess of the district court's jurisdiction. *See* NRS 34.320; *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 818 P.2d 849, 851 (1991). It is within this court's discretion whether to consider a writ petition. *Smith*, 107 Nev. at 677, 818 P.2d at 851. Petitioner bears the burden of demonstrating that extraordinary relief is warranted. *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004).

Having considered the petition and appendix, we conclude that writ relief is not appropriate, as petitioners have not demonstrated that the district court lacks jurisdiction to conduct the scheduled

SUPREME COURT
OF
NEVADA

(O) 1947A

14-27234

evidentiary hearing. *See* NRS 34.320; *Smith*, 107 Nev. at 77, 818 P.2d at 851. Accordingly, we deny the petition. *See* NRAP 21(b)(1).

It is so ORDERED.[1]

_____, J.
Hardesty

_____, J.
Douglas

_____, J.
Cherry

cc:    Hon. Ronald J. Israel, District Judge
       Cuthbert E.A. Mack
       Benjamin B. Childs
       Eighth District Court Clerk

---

[1]In light of this order, we deny as moot petitioners' request for a stay of the August 21, 2014, hearing contained in the writ petition.

SUPREME COURT
OF
NEVADA

(O) 1947A